COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: DEREK A. QUINATA,        §        No. 08-17-00166-CR

       Relator.        §        AN ORIGINAL PROCEEDING

§        IN MANDAMUS

§

§

# **O R D E R**

The Court has this day considered the Relators' motion for emergency stay of the contempt proceedings against Derek A. Quinata arising out of cause number 20160D01693 in the 346th District Court of El Paso County, Texas, and concludes the motion should be GRANTED. It is, therefore, ORDERED that the contempt proceedings in cause number 20160D01693, styled *In Re: Derek A. Quinata*, including the contempt hearing scheduled for July 25, 2017 at 11:00 a.m. before the Honorable Stephen B. Ables, are stayed pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 25th day of July, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.